**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

05 207M

JEFFREY A. AFFONSO, II

*Plaintiff*

V.

C.A. No. 04-
(R.I. Superior Court – NC-05-0185)

DAVID BISSONETTE, Individually and in his capacity as a Police Officer of the Town of Middletown, KELLY MITCHELL, Individually and in her capacity as a Police Officer of the Town of Middletown, SHAWN J. BROWN, in his capacity as Finance Director of the Town of Middletown, and WILLIAM BURNS, Individually and in his former capacity as Chief of Police of the Town of Middletown,

*Defendants*

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance in the above-captioned matter on behalf of Defendant, David Bissonette, Individually and in his capacity as a Police Officer of the Town of Middletown, KELLY MITCHELL, Individually and in her capacity as a Police Officer of the Town of Middletown, SHAWN J. BROWN, in his capacity as Finance Director of the Town of Middletown, and WILLIAM BURNS, Individually, and in his former capacity as Chief of Police of the Town of Middletown.



3

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within *Entry of Appearance* was mailed, postage prepaid, on this 11th day of May 2005, to:

Keith B. Kyle, Esq. #3876
Houlihan, Managhan & Kyle, LLP
130 Bellevue Avenue, Unit #3
Newport, RI 02840