**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JEFFREY A. AFFONSO, II
Plaintiff,

v.

C.A. No. 05-207ML

DAVID BISSONETTE, Individually and in his capacity as a Police Officer of the Town of Middletown, KELLY MITCHELL, Individually and in her capacity as a Police Officer of the Town of Middletown, SHAWN J. BROWN, in his capacity as Finance Director of the Town of Middletown, and WILLIAM BURNS, Individually, and in his former capacity as Chief of Police of the Town of Middletown

**NOTICE TO TAKE DEPOSITION**

TO:

Marc DeSisto, Esq.
DeSisto Law Office
211 Angell Street
Providence, RI 02906

Please take notice that on **Tuesday, December 13, 2005, at 10:00 a.m.**, at the law offices of **Houlihan, Managhan & Kyle, LLP, 130 Bellevue Avenue, Unit #3, Newport, Rhode Island**, the Plaintiff, Jeffrey A. Affonso, II, in the above-entitled matter will take the deposition of the **Officer David Bissonette** upon oral examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure before Irons and Associates, Notary Publics, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

JEFFREY A. AFFONSO
By and through his attorneys,

HOULIHAN, MANAGHAN & KYLE, LLP

By____________________________

Keith B. Kyle, Esq. #3876
130 Bellevue Avenue, Unit #3
Newport, RI 02840
(401) 846-7777
(401) 848-7141 *facsimile*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2005, I served a copy of said Notice to Take Deposition, by U.S. Mail, postage prepaid, to the following:

Marc DeSisto, Esq.
DeSisto Law Office
211 Angell Street
Providence, RI 02906

B. Monk
____________________________