UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JEFFREY A. AFFONSO, II,<br>*Plaintiff,*<br>vs.<br>DAVID BISSONETTE, individually and in his capacity as a Police Officer of the Town of Middletown, et al.,<br>*Defendants.* | C.A. No. 05-207ML |

**DISMISSAL STIPULATION**

This matter is dismissed with prejudice each side to bear their own costs.

Attorney for the Plaintiff,

Keith B. Kyle, Esquire
Houlihan & Managhan
130 Bellevue Avenue
Newport, RI 02840

Attorney for Defendants,

Marc DeSisto, Esq. No. 2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442

Enter:
Mary M. Lisi
USDJ 7/7/06